**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Young, Cora | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>xxx-xx-2019 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1407 S. 10th Ave.<br>Maywood, IL 60153 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7     ☐ Chapter 11     ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (03/03)    10/13/05 5:38PM

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): Young, Cora

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: United States Bankruptcy Court- Northern District of Illinois | Case Number: 00-08808 | Date Filed: 3/23/00 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Cora Young
Signature of Debtor Cora Young

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 13, 2005
Date

**Signature of Attorney**

X   /s/ Ashlee Highland
Signature of Attorney for Debtor(s)
Ashlee Highland ARDC No. 6272405
Printed Name of Attorney for Debtor(s)
Legal Assistance Foundation of Metropolitan Chicago
Firm Name
10 West 35th Street 4th Floor
Chicago, IL 60616
Address
312 949 5390  Fax: 312 949 0481
Telephone Number
October 13, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Ashlee Highland     October 13, 2005
Signature of Attorney for Debtor(s)     Date
Ashlee Highland

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

```
Cora Young
1407 S. 10th Ave.
Maywood, IL 60153


Ashlee Highland
Legal Assistance Foundation of Metropolitan Chicago
10 West 35th Street 4th Floor
Chicago, IL 60616


American General Finance
Acct No 30489858, 10930916030489858
3519 W. Lake Street
Melrose Park, IL 60160-2825


Asset Accept
Acct No 1468857
POB 2036
Warren, MI 48090-2036


Capital One Bank
Acct No 5291-0715-9918-9006
4851 Cox Rd.
Glen Allen, VA 23060


CBCS
Acct No 24-050801446
PO BOX 165025
Columbus, OH 43216-5025


Citibank UCS
Acct No 5398-4000-2069-8388
8787 Baypine Rd.
Jacksonville, FL 32256-8528


Department of the Treasury
Acct No 05354322019
P.O. Box 1686
Birmingham, AL 35201-1686


Direct Merchants Bank
Acct No 5458 0004 2953 0146
PO BOX 21550
Tulsa, OK 74121-1550
```

```
Direct Merchants Bank
PAYMENT CENTER
PO BOX 60019
City Of Industry, CA 91716-0019


HSBC CARD SERVICES
Acct No 5440-4550-2042-6196
Orchard Bank
PO BOX 88000
Baltimore, MD 21288-0001


HSBC CARD SERVICES
PO BOX 80084
Salinas, CA 93912-0084


JP Morgan Chase Bank, N.A.
Acct No 0010017491, 05 CH 14085
Shapiro & Kreisman, LLC
4201 Lake Cook Road
Northbrook, IL 60062


Litton Loan Servicing LP
4828 Loop Central
Houston, TX 77081


Metris Companies
Acct No 5458-0004-2953-0146
16340 N. Scottsdale Rd., Ste. 300
Scottsdale, AZ 85254


Providian
PO BOX 660433
Dallas, TX 75266-0433


Providian
POB 9007
Pleasanton, CA 94566


Providian Processing SVCS.
Acct No 4559-5150-0009-4718
PO BOX 660487
Dallas, TX 75266-0487


Shapiro & Kreisman
4201 Lake Cook Road
Northbrook, IL 60062
```

```
U.S. Attorney, N. D. of Illinois
Department of Educationt
219 S. Dearborn, 5th Floor
Chicago, IL 60604


U.S. Department of Education
Federal Offset Unit
P.O. Box 5227
Greenville, TX 75403


U.S. Department of Education
Margaret Spellings, Sec'y of Education
400 Maryland Avenue, S.W.
Washington, DC 20202


Village of Maywood Water Department
Acct No 0320307006-00
40 Madison Street
Maywood, IL 60153
```